MAXWELL RUBIN, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Action to recover disability benefits provided for in insurance policies issued by defendant, and for other relief. Order denying defendant's motion to strike certain paragraphs from the amended complaint herein and for the dismissal of certain causes of action affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

DOROTHY E. SMITH, Respondent, v. ROOSEVELT SAVINGS BANK OF THE CITY OF NEW YORK, Appellant. (Action No. 1.) EUGENE J. SMITH, an Infant, by DOROTHY E. SMITH, His Guardian ad Litem, Respondent, v. ROOSEVELT SAVINGS BANK OF THE CITY OF NEW YORK, Appellant. (Action No. 2.) — Defendant appeals from an order denying its motion to consolidate two actions to recover damages for personal injuries. In the action brought by the plaintiff individually, it was alleged that she suffered her injuries as the result of the defendant's failure properly to maintain heating equipment in defendant's multiple dwelling in which she was a tenant. The first action accrued on March 7, 1943, when the heating equipment allegedly exploded. The other action, instituted by the plaintiff as guardian ad litem of her infant son, who was not born until March 9, 1943, after the first action had accrued, was predicated upon allegations not only of defective maintenance of heating equipment, but upon further allegations that after March 15, 1943, when the infant became a tenant in the defendant's premises, the defendant failed to provide heat, as a result of which the infant contracted pneumonia. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

### (October 11, 1944.)

VITO J. MEROLA, Respondent, v. HARRY LULOFF, Appellant.— In a proceeding to remove a holdover tenant, order of the City Court of Mount Vernon modified on the facts by striking from the first ordering paragraph the following, " 6th day of October " and inserting in place thereof " 1st day of November "; and by striking out the second ordering paragraph and in place thereof inserting a provision that within five days from the service of a copy of the order to be entered hereon the appellant pay to respondent or his attorney the rent due to November 1, 1944. As thus modified, the order is affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

### (October 16, 1944.)

CHARLOTTE CALLAN et al., Respondents, v. CENTAUR COMPANY, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

STEPHEN B. VREELAND, Appellant-Respondent, v. H. RAYMOND AGUAIS et al., Respondents-Appellants.— Motion of respondents-appellants for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 777.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.